# United State District Court

## Northern District of Illinois
### EASTERN DIVISION

**FILED**

JUL 3 0 2008
JuL 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CV4332**
**JUDGE KENNELLY**
**MAG. JUDGE COX**

**Billy C. Harper**

vs.

**Arkansas Oil and Gas,**
Grant Black Director, And

**United State Department of Interior,**
Bureau of Land Management
Johnnie Burton Director of Minerals Management Service

### Complaint

*Jury Demand*

Now comes the plaintiffs Billy C. Harper, appearing petition se, and for a complaint against defendants above named, state, alleges and as follows.

### Jurisdiction

1. This Court has subject matter jurisdiction under 28 U.S.C Sections 1331 and 1343
2. This actions is commenced pursuant to 2201 and 2202 and 42 U.S.C., Section 1983

### General Allegations

3. The plaintiffs; Billy C. Harper is a citizen of the State of Illinois, United State of America.
4. Defendants, Arkansas Oil and Gas, Grant Black, Director, the United State Department of Interior Bureau of land management, Johnnie Burton, Director of Minerals Management Service.
5. In correspondence sent to me June 8, 2004 by grant black, Director of Arkansas Oil and Gas company, he stated Adam Harper and Arkansas Harper should be paid oil and gas royalties. The letter is enclosed as exhibit A.
6. May 26, 2006 I submitted factual information to ??? Johnnie Burton to subtenant my claim to the homestead act of 1862. In this letter, paragraphs list exhibit A thru d which points out that I am entitle to my share of the royalties to the heirs of Adam and Harpless Harper.

Wherefore, the plaintiff Billy C. Harper pray that the court will order the defendants to grant me as an heir to the homestead of Adam and Harpless Harper homestead.

Respectfully Submitted
Billy C. Harper