

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: BILLY HARPER
(Please print)

STREET ADDRESS: 8147 S STONEY ISLAND

CITY/STATE/ZIP: CHICAGO ILL

PHONE NUMBER: 773-978-2954

CASE NUMBER: 08CV4332 JUDGE KENNELLY MAG. JUDGE COX

Signature: Billy Harper

Date: July 30 2008

FILED
JUL 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT