## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv4332                         Assigned/Issued By: j. n.

Judge Name:                                   Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                  ☐ Alias Summons
☐ Third Party Summons                      ☐ Lis Pendens
☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              *(Victim, Against and $ Amount)*
                                           ☐ Other
☐ Writ _____
     *(Type of Writ)*                      _____
                                           _____
                                           *(Type of issuance)*

1  Original and  1  copies on  8-4-08  as to  arkansas oil and gas
                              *(Date)*