## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4332              Assigned/Issued By: j. n.

Judge Name:                        Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____            _____
     *(Type of Writ)*                  _____
                                       *(Type of issuance)*

1 Original and 1 copies on 8-4-08 as to u. s. dept. of interior
                         *(Date)*