✓ **FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG - 4 2008
Aug 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**

Billy C. Harper

V.

Arkansas Oil and Gas, ETA

**Defendant(s)**

Arkansas Oil and Gas
2210 W. Hillsboro
P.O. Box 1472
Eldorado Arkansas
71731

Case No. 08C4332
Judge Kennelly

**AMENDED COMPLAINT**

Changing The Party
Original Form was made
out To
Billy Harper