# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4332 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Harper vs. Arkansas Oil & Gas, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the Court strikes plaintiff's complaint and orders plaintiff to file an amended complaint, by 9/5/08, setting out clearly and concisely what it is that each defendant did (or did not do) that he claims wronged him, and exactly what it is that he is asking the Court to do. If plaintiff fails to comply with this order, the Court will dismiss his case with prejudice.

■ [ For further details see text below.]

Docketing to mail notices.

## STATEMENT

*Pro se* plaintiff Billy C. Harper has filed a short complaint that the Court finds to be largely unintelligible. He sues Arkansas Oil & Gas; Grant Black, a director of Arkansas Oil & Gas; and Johnnie Burton, the Director of the US Bureau of Land Management's Minerals Management Service. All Mr. Harper says in his complaint is that in June 2004, Mr. Black sent him a letter stating that Adam Harper and Arkansas Harper should be paid oil and gas royalties. Mr. Harper says the letter is attached to the complaint as Exhibit A - but actually he did not attach anything. Mr. Harper also says that in May 2006, he submitted information to Mr. Burton "to subtenant my claim to the Homestead Act of 1862," apparently a claim of share of royalties that he says are due "to the heirs of Adam and Harpless Harper." As best as the Court can make out, Mr. Harper is asking only that he be declared "an heir to the homestead of Adam and Harpless Harper."

The Court cannot figure out, however, what it is that he claims the defendants did that was wrong or that violated his legal rights, or what it is that Mr. Harper is asking for (if anything) beyond being declared an heir to Adam and Harpless Harper.

The Court therefore strikes Mr. Harper's complaint and orders Mr. Harper to file an amended complaint, within two weeks of this order, setting out clearly and concisely what it is that each defendant did (or did not do) that he claims wronged him, and exactly what it is that he is asking the Court to do. If Mr. Harper fails to comply with this order, the Court will dismiss his case with prejudice.

Courtroom Deputy Initials: